**In re: Michael A. BORNN;**

**Cesar Cortes Garcia; Lee J. Rohn, Petitioners**

No. 00–4202.

United States Court of Appeals,
Third Circuit.

May 30, 2001.

Present: BECKER, Chief Judge,
McKEE and RENDELL, Circuit Judges.

## ORDER

This petition for a writ of mandamus came on to be heard on the record from the District Court of the Virgin Islands and was argued by counsel May 18, 2001.

On consideration whereof, it is now here ordered and adjudged by this Court that the petition for writ of mandamus is hereby denied. Costs taxed against the petitioners. All of the above in accordance with the opinion of this Court announced from the bench on May 18, 2001. All of the above in accordance with the opinion of this Court.